UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MUSIE MICHAEL, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:19-cv-00703-AKK-TMP |
| WILLIAM BARR, et al., | ) |
| Respondents. | ) |

## NOTICE OF DEFICIENT PLEADING

Petitioner Musie Michael's pleading is deficient for the reason indicated below. The petitioner must correct the deficient pleading within thirty (30) days from the entry date of this Order.

> The petitioner failed to file an application to proceed *in forma pauperis* or to pay the filing fee of $5.00. The petitioner must either file an application to proceed *in forma pauperis* or pay the filing fee of $5.00. An application to proceed *in forma pauperis* must be verified by an authorized officer of the institution and must be accompanied by a certified copy of prison account statements for the last six months.

**If the petitioner fails to correct the deficient pleading in compliance with this notice within thirty (30) days from the entry date of this notice, the court will dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

The Clerk is **DIRECTED** to serve a copy of this notice on counsel for petitioner.

**DONE** and **ORDERED** on May 9, 2019.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE

**FOR USE BY INCARCERATED PERSONS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

MUSIE MICHAEL                                                                          4:19-cv-00703-AKK-TMP

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

    Declaring that the personal and financial I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

I.    Your full name:
_____

Present mailing address:
_____
_____

II.    Are you presently employed?       Yes _____          No _____

    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

_____
_____

Monthly earnings: $_____

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

_____
_____

Date last worked: _____

Monthly earnings: $_____

III.    Have you received within the past twelve months any money from any of the following sources?

    A.    Business, profession, or any form of self-employment?  Yes ____     No _____

2

    B.        Interest, dividends, rents, or investment income of any kind?  Yes ____  No _____

    C.        Pensions, annuities, or life insurance payments?            Yes ____  No _____

    D.        Gifts or inheritances?                                      Yes ____  No _____

    E.        Any other sources?                                          Yes ____  No _____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

IV.      How much money do you own or have in any checking or saving accounts, including your prison or jail account? $_____

V.       Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?     Yes _____ No _____
If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.       List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

_____

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

**Dated:** _____

                                              _____
                                              **SIGNATURE OF PETITIONER**

## ✦✦✦ IMPORTANT NOTICE ✦✦✦

**Your application to proceed *in forma pauperis* is NOT COMPLETE and the Court WILL NOT CONSIDER it unless the page titled "Certification" is properly completed and certified by the appropriate prison or institution official.**

## CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, _____, and that he has the sum of $ _____ in his prison or jail trust account on this the \_\_\_\_\_ day of _____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | _____ | _____ |
| Month 2 | _____ | _____ | _____ |
| Month 3 | _____ | _____ | _____ |
| Month 4 | _____ | _____ | _____ |
| Month 5 | _____ | _____ | _____ |
| Month 6 | _____ | _____ | _____ |
| Current month (If less than full month) | _____ | _____ | _____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution