FILED
2019 Sep-11 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| MUSIE MICHAEL,<br><br>　Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>　Respondents. | Case No.:<br>4:19-cv-00703-AKK-GMB |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 23, 2019, recommending that Musie Michael's petition for habeas corpus relief under 28 U.S.C. § 2241 be dismissed as moot, due to Michael's release from ICE custody under an Order of Supervision. Doc. 8. No party filed timely objections, although advised of their right to do so.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted.

The court will enter a separate Final Order.

**DONE** the 11th day of September, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE